Court of Appeals, Greene County, Ohio, motion to dismiss of Dan Foley, Clerk of Courts of Montgomery County, Ohio, and motion to dismiss of Second District Court of Appeals. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–1549.   State ex rel. Howard v. McDonald.**

In Mandamus. On answer of respondent the Honorable Frederick H. McDonald, motion for judgment on pleadings of the Honorable Frederick H. McDonald, motion for summary judgment, motion to dismiss of Michael Vanderhorst, motion to dismiss of James S. Nowak, motion to dismiss of Jonathan Coughlan, motion to dismiss of Anthony Georgetti, counsel for Yark Automotive Group, Inc., motion to dismiss of Thomas A. Dixon, and motion for default judgment. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–1625.   In re Complaint for a Writ of Habeas Corpus for Griffin.**

In Habeas Corpus. On petition for writ of habeas corpus of Patrick Griffin. Sua sponte, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–1629.   In re Petition for a Writ of Habeas Corpus for Pianowski.**

In Habeas Corpus. On petition for writ of habeas corpus of Ted A. Pianowski. Sua sponte, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2001–1709.   Kemper v. Michigan Millers Mut. Ins. Co.**

Certified State Law Question, No. 300CV07799. On request of the United States District Court to hold certified question in abeyance. Request granted.

LUNDBERG STRATTON, J., dissents.

COOK, J., not participating.

**2002–0073.   State ex rel. Smith v. Indus. Comm.**

Franklin App. No. 01AP–272. On request for oral argument. Request denied.

**2002–0517.   State ex rel. Kirby v. Indus. Comm.**

Franklin App. No. 01AP–596. On request for oral argument. Request denied.

**2002–0824.   In re Thomas.**

Warren App. No. CA2001–02–013, 2002-Ohio-1426. On motion for stay pending the decision in 2002–0892 and 2002–0894, *In re April B.*, Lucas App. Nos. L–01–1334 and L–01–1348, 2002-Ohio-2299. Motion denied.

DOUGLAS, J., dissents.

In the alternative, on motion to consolidate with 2002–0892 and 2002–0894. Motion denied.

COOK, J., would schedule this cause for oral argument on the same date as that in 2002–0892 and 2002–0894.

MOYER, C.J., and RESNICK, J., dissent.

**2002–1176.   Carrick v. Plusquellic.**

In Quo Warranto. On motion to strike motion for reconsideration and motion to vacate order. Motion denied.

LUNDBERG STRATTON, J., would deny as moot.

PFEIFER, J., would dismiss.

**2002–1206.   Natl. Indemn. Co. v. Ryerson.**

Certified State Law Question, No. C2-01-0223. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the following questions certified by the United States District Court for the Southern District of Ohio, Eastern Division: